IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE MANNING

v.

NCO FINANCIAL SYSTEMS, INC.

NO. 12-2963

FILED SEP 25 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE BARTLE, J.

AND NOW, to wit, this 25th day of September, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $500.00 together with interest and costs.

BY THE COURT:

ATTEST:

Richard Sabol, Deputy Clerk

judg